UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SEAN BEAGLES                                                                      PLAINTIFF
ADC #129614

V.                                       5:18CV00175 SWW

CEDRIC MOORE, Sergeant,
Maximum Security Unit, ADC, *et al.*                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Beagles may proceed with his § 1983 excessive force claim against Sergeant Cedric Moore, in his individual capacity.

2.  Beagles's other claims against Moore are dismissed with prejudice.

3.  Beagles's claims against Corporal Markelton Williams and Lieutenant David Kelly are dismissed without prejudice.

4.  The Clerk is directed to prepare a summons for Moore. The United States Marshal is directed to serve the summons, substituted complaint and two

addendums (Docs. 7, 8 & 9), and this Order, on Moore through the ADC Compliance Division without prepayment of fees and costs or security therefor.[1]

Dated this 26th day of December, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] If Moore is no longer an ADC employee, the ADC Compliance Office must file a **sealed** statement providing his last known private mailing address.