UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SEAN BEAGLES                                                                                           PLAINTIFF
ADC #129614

V.                                    No. 5:18CV00175-SWW

CEDRIC MOORE, Sergeant,
Maximum Security Unit, ADC, *et al.*                                                        DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered separately today, this case is dismissed without prejudice, and it is certified pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 24th day of July, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE